UNITED STATES of America, Plaintiff-Appellee,

v.

John R. MALONEY, Defendant-Appellant.

No. 11–50311.

United States Court of Appeals, Ninth Circuit.

May 30, 2013.

Steve Miller, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

John Carl Lemon, II, Law Offices of John C. Lemon, San Diego, CA, for Defendant-Appellant.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.